# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| QSS Group, Inc. ) | ASBCA No. 58764 |
| ) | |
| Under Contract Nos. DTCG23-01-F-TWV008 ) | |
| DTRA01-02-F-0190 ) | |
| H98230-04-F-0136 ) | |
| MDA904-03-A-0001 ) | |
| W91QUZ-03-A-0001 ) | |
| W91QUZ-04-D-0005 ) | |

APPEARANCES FOR THE APPELLANT:  William L. Walsh, Jr., Esq.
George W. Wyatt, IV, Esq.
  Venable LLP
  Vienna, VA

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Arthur M. Taylor, Esq.
  Deputy Chief Trial Attorney
  Defense Contract Management Agency
  Manassas, VA

## ORDER OF DISMISSAL

The dispute has been settled.

The appeal is dismissed with prejudice.

Dated:  5 February 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58764, Appeal of QSS Group, Inc, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2